### 37185. THOMPSON v. CHEATHAM et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur, except Clarke, J., disqualified.*

DECIDED MARCH 18, 1981.

*John L. Green,* for appellant.
*A. J. Welch, Jr., Rod G. Meadows, James Galloway,* for appellees.